Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Richmond District of Virginia

In re )
[Set forth here all names including married, maiden, and )
trade names used by debtor within last 8 years.] )
)
Debtor )
Address **5910 Chadwick ct** ) Case No **1936077**
**Fredericksburg VA 22407** )
) Chapter **Chap 13**
Last four digits of Social Security or Individual Tax-payer Identification )
(ITIN) No(s).,(if any): **8217** )
)
Employer's Tax Identification (EIN) No(s).(if any): **8217** )

**Motion for Relief from Judgment Enforcement LLO**

## NOTICE OF [MOTION TO] [OBJECTION TO]

_____ has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date), you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:   **701 East Broad St**
                                                                                     **Richmond VA**
{address of the bankruptcy clerk's office}

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]   **no date yet given**

[Attend the hearing scheduled to be held on (date), (year), at ___ a.m./p.m. in Courtroom **5100**
United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: **Jan 8, 2020**                    Signature: _____
                                         Name: _____
                                         Address: _____

US Bankruptcy Court

1930077

Darlene Davis

### Objection to Motion for Relief and ~~notice that a w~~

I was here today to turn in papers additional schedules and was told at 4:00 pm that motion for relief from stay was granted to Fortune Investments Enterprises LLC. They are new creditors which I am in dispute with. Also I was not notified of a hearing from them. Did not receive any certified mail from them, nor written notice.

I need this motion immediately rescinded. It also violates the extension of stay period. The stay was granted through 15th also.

Harley Ran Prude

### Certificate of Service

I certify that a true & correct copy of this will be sent to Fortune Investments LLC Enterprises (all) on Jan 8th 2019.

Harley Prude

US Bankruptcy Court

19-36077

Darlene Darr
Ingenuity PLM

Certificate of Service

I certify that a true, correct copy of schedules will be mailed to the Defendants or creditors ~~now~~ creditors on the 8th Day of Jan 2019 along with the Notice that I ~~will attend~~ ~~attended~~ attached list.

Jan 8, 2019