Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
_Eastern_ District of _Virginia Richmond_

In re _Darlene Davis, Ingenuity Pet Shop_
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Debtor

Address _5910 Chadwick ct._
_Fredericksburg VA 22407_

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): _8217_

Employer's Tax Identification (EIN) No(s).(if any): _____

Case No. _19-36077_

Chapter _13_

## NOTICE OF [MOTION TO] [OBJECTION TO]

_To the Motion for Relief of Reinvestment Enterprise_ ~~has filed papers with the court to~~ [relief sought in motion or objection]. _Motion to Reconsider filed Jan 8, 2020 Supplemented Jan 9, 2020_

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date) _Jan 15 2020_, you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at: _701 East Broad St Suite 4000 Richmond VA 23219_

{address of the bankruptcy clerk's office}

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

{movant's attorney's name and address} _5910 Chadwick ct. Fredericksburg VA 22407_

{names and addresses of others to be served}]

[Attend the hearing scheduled to be held on (date) _Jan 15th_, (year), at _10:00_ a.m./p.m. in Courtroom _5100_ United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _Jan 9, 2020_

Signature: _Darlene D_
Name: _Darlene Davis_
Address: _5910 Chadwick ct Fredericksburg VA 22407_

US Bankruptcy Court

Darlene Cain

19 36077

I certify that a true + correct copy of the Notice of appeal and Complaint will be sent to Fortune Investments Enterprises + Commonwealth Trustees all non creditors listed on the 9th Day of January 2020 and also a true + correct copy of the Objection to motion fee default will be mailed to non creditors, Fortune Investment Enterprises all affected parties. on Jan 9th 2019

*[signature]*