B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS Darlene J Davis | DEFENDANTS *Forture Investments Enterprises LLC, Commonwealth Trustees LLC.* |
|---|---|

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only)<br>☑ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☑ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☑ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☑ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☑ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy ease)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☑ Check if a jury trial is demanded in complaint | Demand $ *350,000.* |

Other Relief Sought *I seek relief from writ of Posession and all attempts to take or steal my home and that it be on remain permanently as in my name and return to my name if name removed and Cease + Desist all actions aparting me and Recend wrongful forclosure Auction of 5910 Chadwick Ct 23407 as not in default + no debt so no sale could have occured.*

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR  *Darlene J Davis* | BANKRUPTCY CASE NO.  *19-36077* | |
| DISTRICT IN WHICH CASE IS PENDING  *Eastern* | DIVISION OFFICE  *Richmond* | NAME OF JUDGE  *Keith Phillips* |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF  *Darlene J Davis* | DEFENDANT  *appeal of case 1735866* | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE  *District Court Richmond* | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)  *Darlene J Davis* | | |
| DATE  *January 9, 2020* | PRINT NAME OF ATTORNEY (OR PLAINTIFF)  *Darlene J Davis* | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

US Bankruptcy Court
Eastern District

Darlene Davis
Plaintiff

19 360 77

VS.

Fortune Investments LLC. Complaint
Enterprises
et. al. (all pursuing ~~peer for~~
a claim against 5910 Chadwick Ct 2407

This is a complaint against Fortune Investments.
Enterprises and any all non creditors who have been
or are illegally in pursuit of my home/property
via illegal Auction and erroneous order and
erred procedures in violation of laws.

I object to Fortune Investments Enterprises as
they are not creditors nor landlord and this
complaint is for relief from their actions
against me. Also, I listed them as non creditors not as
creators. They infact are not creditors of mine
and there is an erred order that I am pursuing
to have corrected. It appears already invalid.
Fortune Investments Enterprises is pursuing my
home for writ of possession and this complaint is
also against commonwealth Trustees LLC. (if they
are continuing to pursue my property) + monks from a
fraudulent law day and foreclosure and Rosenberg + Assoc.
if they are as well.   I state fraud has occurred against
me + wrongful foreclosure    Respectfully
Submitted
Darlene Davis

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
_Eastern_ Division _Richmond_

In re: _Darlene Davis_                    Case No. _19 36077_
                                          Chapter _7_
                    Debtor(s)


Plaintiff(s)                              Adversary Proceeding No.

v.

Defendant(s) _Fortune Investments Enterprises LLC rare_

## CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: _Complaint_
Date Document Filed:
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☑ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.


_____
(Name of Attorney)


_____
(Address of Attorney)


_____
(Telephone Number of Attorney)


_Darlene Davis_                           _____
Name of Pro Se Party (Print or Type)      Name of Pro Se Party (Print or Type)

_Darlene Davis_                           _____
Signature of Pro Se Party                 Signature of Pro Se Party

Executed on: _Jan 9, 2020_ (Date)

[2090edva ver. 09/17]