US Bankruptcy Court
Richmond VA

Darlene J Davis

19 36077

2020 JAN 15 PM 2:18
U.S. BANKRUPTCY COURT
RICHMOND DIVISION
FILED

## Motion to Reconsider denial of extension of Automatic Stay

I, Darlene J Davis, file this motion for reconsideration of the automatic stay extension request.

As I stated in court, Fortune Investments enterprises is a non creditor. They filed an objection to my stay and they are non creditors. They are the only ones that objected and they did not serve me (I have no copy of objection and had to blindly respond to their attorney questions. The Court denied my request to extend the stay based on non creditors Fortune Investments Enterprises and his attorney's objections that I have not received service of. No other creditor objected, just the non creditor that wants to steal my home. This is unfair that I had no warning of any objections and had to answer questions of an attorney for a Non creditor. Again, this is a new matter as far as Fortune Investments and illegal foreclosure auction. I request a hearing after I am able to see the objection that has not been received yet by me. No creditors objected to extension. Respectfully Submitted,

Darlene Davis

You must also send a copy to: ²Darlene Davis
5910 Chadwick ct
Fredericksby VA 22407

☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐ Attend the hearing on the motion (or objection) scheduled to be held on ___January 29th 2020___ at __11__ a.m. at United States Bankruptcy Court, __701 East Broad St. Rm 5100__ __Richmond VA 23219__.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: Jan 15, 2019

Signature, name, address and telephone number of person giving notice:

Darley Davis  Pro Se
5910 Chadwick ct
Fredericksby VA 22407

Virginia State Bar No. _____
Counsel for _____

Certificate of Service

I hereby certify that I have this __15__ day of __January__, 20__20__, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list. Fortune Investments Enterprises LLC (Non Creditor)
affected parties

Darley Davis

B420A (Official Form 420A) (Notice of Motion or Objection) (12/16)         EDVA (12/16)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: **Darlene Davis**

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Case No. **19 36077**

Debtor

Address **5910 Chadwick Ct.**
**Fredericksburg, VA 22407**

Chapter **13**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): **8217**

Employer's Tax Identification (EIN) No(s).(if any): _____

### NOTICE OF MOTION OR OBJECTION TO Reconsider
**Denial of extension of the automatic stay**

_____ has filed papers with the court to _____

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before **Jan 29, 2020**, you or your attorney must:

☐ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
**701 East Broad St, 4th Floor, Suite 4000**
**Richmond VA 23219**

1936077

## Certificate of Service

I certify that a true & correct copy of the Notice of Appeal & Motion to Reconsider the denial of Automatic Stay will be mailed on Jan 15, 2020 to the effected parties and non creditor; Fortune Investments Enterprises LLC. see list attached
7085 Bryant Towne Ct.
Alexandria, VA 22306-1835
On this 15th day of Jan 2020 by 1st class mail postage prepaid.

Label Matrix for local noticing
0422-3
Case 19-36077-KLP
Eastern District of Virginia
Richmond
Wed Dec 18 12:11:19 EST 2019

Fortune Investments Enterprises
7025 Bryant Towne Ct.   — non
Alexandria, VA 22306-1835   creditor
but sent to:

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

Anderson Financial Services, LLC
5302 Jefferson Davis Hwy.
Fredericksburg, VA 22408-2608

Beverly and Bucker
2215 Jefferson Davis Hwy
Fredericksburg, VA 22401-2186

CHARLES JERRY JARVIS
122 WAGON WHEEL RD
WYTHEVILLE, VA 24382-5735

Commonwealth Trustees LLC
8601 Westwood Center Dr. #255
Vienna, VA 22182-2287

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Fortune Investments Enterprises LLC
7025 Bryant Town Ct.   — non
Alexandria, VA 22306-1835   creditor
removed from
list.

Internal Revenue Service
P.O. Box 931000
Louisville, KY 40293-1000

JANET LOPEZ
7518 FLIPPO DR
FREDERICKSBURG, VA 22408-0424

MRIS
9707 Key West Ave.
Rockville, MD 20850-4079

Office of the US Trustee
701 East Broad St.
Ste. 4304
Richmond, VA 23219-1885

PEGGY STALLARD
10109 ELYS FORD RD
FREDERICKSBURG, VA 22407-9652

Rosenberg & Associates, LLC
4340 E. W. Hwy. #600
Bethesda, MD 20814-4411

Smith Frances Law / Jonathan Francis
2525 Pointe Center Ct. #150
Dumfries, VA 22026-2280

Suzanne Wade Trustee
Ch. 13
P.O. Box 1780
Richmond, VA 23218-1780

VIRGINIA JARVIS
201 GREENTOWN RD
MOUNT AIRY, NC 27030-9230

Virginia Jarvis
201 Greentown Rd.
Mt. Airy, NC 27030-9230

Darlene Denise Davis
5910 Chadwick Court
Fredericksburg, VA 22407-4368

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

Suzanne E. Wade
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226-3770

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
Attn: Bankruptcies
P.O. box 6550
Greenwood Village, CO 80155-6550

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### _Richmond_ Division

In re: *Darlene J Davis*

Debtor(s)

Case No. / Chapter: **19 36077**

Plaintiff(s): *Darlene J Davis*

v.

Defendant(s): *Fortune Investments Enterprises LLC*

Adversary Proceeding No.

## CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: *Motion to Reconsider the Denial of the automatic stay*
Date Document Filed:
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☑ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

*Darlene J Davis*
Name of Pro Se Party (Print or Type)        Name of Pro Se Party (Print or Type)

*[signature]* Pro Se
Signature of Pro Se Party                   Signature of Pro Se Party

Executed on: *January 15, 2020* (Date)

[2090edva ver. 09/11]