

RICHMOND DIVISION
FILED   JAN 27 2020   FILED
CLERK U.S. BANKRUPTCY COURT

In The US Bankruptcy Court
Eastern District of Richmond Virginia

1936077
chapter 13

Darlene j Davis
Ingenuity Publshing

Objection to The Objection of stay extension requested by Fortune Investments Enterprise LLC, & Motion to set aside objection hearing/decision not to extend stay.

I, Darlene J Davis, came to hearing on Jan 15th 2020. to extend the stay. I was again sort of ambushed or caught by surprise and requested that the movant Fortune Investments objection not be heard that day because it did not even get served on that either, and it has that it was typed only two days before Jan 15th hearing. Why was I put under cross-examination by someone — I guess his attorney (female) when I had not even had a day, let alone 21 days to review it. additional Fortune Investments Enterprise are non creditors and not landlord to my home. They have or had supposedly filed a motion for Relief that has NEVER been served on me, nor has it been mailed to me. This reminds me of them having a hearing and in the county knowing there was a death (close family member, untimely too unnecessary tragic and unjust death in the family) and while I was also in the hospital (I called from my hospital bed out of town when I was not unconscious This reminds me also of then serving a UD to another

1-3     1/1

named person <u>Darlene</u> and proceeding to court when no sale had occurred and so no lawful procedures had commenced. And the court said everything was on hold yet someone went in the system and made changes afterwards.

Why was this hearing allowed and the movant Fortune did not utter a word? This hearing I request be set aside along with the decision not to extend stay. As I should have had time to cross examine Fortune and more importantly, I should have been given due process of law. I have continued to suffer bias and appearance of bias and I believe worse for many years. It is known systemically that Fortune is now put at the forefront after all of the mortgage + foreclosure fraud against me that has gone from case to case year to year, instead of me recovering my money back + hardship relief. It is unfair + unjust for me to continue to have to be subjected to fraud against me. Fraud vitiates everything and I have shown you the evidence of foreclosure fraud. So Fortune or putting Fortune up front now does not erase the total foundation of fraud against me. And I believe that any orders trying to legitimize them are in error as there has been fraud on the court in cases where there are non beneficiaries non creditors and those who have no right or authority to sue, not to foreclose. So I request my time + the denial extension be set aside. I request due process of law + not rush jobs against me. Also, there is a serious

systemic problem going on as I have no judge or court to help me apparently. It is clear to me that there is only one or two judges and I have experience what I see as extreme bias. I feel like this: Because I have opponents who do not like me, I do not get to retaliate & abuse power to have them treated horrifically. Not that I would conduct myself that way if I did. But they should not have that ability (corporations & their agents & connections & lawyers) to treat me that way. I believe based on events & evidence that this horrific ganging is what is going on against me through the systems. I don't get to do it to them, they should not get to do it to me. It is a consensus, it is not just me that experiences this and feels this way. The judicial system & other systems are supposed to be non biased and not be able to be used as a retaliatory harmful force against the disadvantaged, oppressed and abused in our society. It is completely unfair that I even had to file the 1st Chapt 13 and extremely unfair that I had to file again because of lies and mistreatment of me. I am being abused within the system because I am supposed to keep reaching out for help to stop the & asset stripping of my property & denial of my rights. I am supposed to file & seek help, and if you have no assets or you are being discriminated against & are in threat of losing what little you have, managed to acquire though all these discrimination, then you are in fact, in a state of bankruptcy (threat of homelessness) Respectfully [signature]