E(?) District US
Bankruptcy Court
Richmond VA

1936077

Darlene J Davis

RICHMOND DIVISION
FILED
JAN 27 2020
CLERK
U.S. BANKRUPTCY COURT

Motion for Continuance
and Recusal and that the Automatic
Stay remain (per right of possible)

I, Darlene J Davis file this motion for recusal and for a continuance in order to give adequate time to find a court that does not and or has not in the past, shown an appearance of bias and that does not have an apparent or possible conflict of interest. See cases 1735566, 1038727, 1930056 + Appeal 90558

I, Darlene J Davis, respectfully state that I have had to or been made to suffer egregiously for many, many years due to fraud, discrimination, abuses and foreclosure fraud against me. This is well documented yet it is apparently being ignored and every attempt I've made to receive justice is blocked and thwarted. These actions against me have contributed heavily to damage of my health. I could draw out a diagram and in that diagram any reasonable person will be able to see the systemic injustices and abuses across systems against me. This creates, in some instances, a fake or invalid paper trail that serves the opponents objectives. An example of this is using my name in case numbers that I never participated in and that were outside of jurisdiction (tactics used by lawyers for certain non creditors)

1 of 2    Jan 25, 2020

These cases are null, void and trespassing on my name. There is a horrific, systemic problem on going that needs to be looked at and corrected by a non biased body/team and hopefully of my peers in order to halt any descrimination and all descrimination that is obviously at appears at play. Remember the blatant violations (& solicitation) of Chapter and the violations of BGCA, FCRA, etc by the perpetrators that bought these. In this instant case, there is an appearance of bias and conflict of interest. The very foundation of certain actions against me have been fraudulent the evidence shows. Now, some have put forth a different entity (Fortune Investments Enterprises) to claim or to continue the same process w/ the goal of taking my home. This I understand based on law is property theft. I am not and have never lived anywhere for free and I am the owner of my home at 5910 Chesterfield VA 22407. I declare under penalty of perjury that this motion is true to best of my information.

I have had to file Chapter 13 due to property theft attempts that will leave me homeless. The fact that on top of that I've been subjected to bias and abuse of process or power and or similar injustices has caused me great hardship and inhumanely taken up over a decade of my time with the apparent goal & self serving desires of my opponents and corporations, etc. I am in good faith trying to pay people I owe and not people I don't owe and not to be stolen from by people I don't owe and not to be continued to be retaliated against by people just have the ~~[struck out]~~ will to continue it. I request the actions [illegible] remain in place. Though at this process. Respectfully submitted,
[signature]

Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court

_Eastern_ District of _Richmond_

In re _Darlene Davis_
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Debtor

Address _5910 Chadwick ct_
_Fredericksburg VA 22407_

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): _5317_

Employer's Tax Identification (EIN) No(s).(if any): _____

Case No. _1936077_

Chapter _13_

## NOTICE OF [MOTION TO] [OBJECTION TO]

_for Continuance_
_Request_
_Denial_ _Carmax_ has filed papers with the court to [relief sought in motion or objection].
_That Stay Remain as right_

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date), you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at: _701 East Broad St suit 4000_
{address of the bankruptcy clerk's office} _Richmond VA 23219_

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to: _Darlene Davis_
{movant's attorney's name and address} _5910 Chadwick ct_
_Fredericksburg VA 22407_
{names and addresses of others to be served}] _TBD_

[Attend the hearing scheduled to be held on (date), (year) , at ____ a.m./p.m. in Courtroom _5100_
United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _Jan 25, 2020_   Signature: _Darlene Davis_
Name: _Darlene Davis_
Address: _5910 Chadwick ct_
_Fredericksburg VA 22407_

```
bel Matrix for local noticing        Fortune Investments Enterprises     United States Bankruptcy Court
122-3                                 7025 Bryant Towne Ct.   (non creditor)  701 East Broad Street
ase 19-36077-KLP                      Alexandria, VA 22306-1835 Disputed    Richmond, VA 23219-1888
astern District of Virginia
 ichmond
 ed Dec 18 12:11:19 EST 2019

 nderson Financial Services, LLC      Beverly and Bucker                    CHARLES JERRY JARVIS
 5302 Jefferson Davis Hwy.            2215 Jefferson Davis Hwy              122 WAGON WHEEL RD
 Fredericksburg, VA 22408-2608        Fredericksburg, VA 22401-2186         WYTHEVILLE, VA 24382-5735


Commonwealth Trustees LLC (non creditor)   (p)DIRECTV LLC                   Fortune Investments Enterprises LLC
8601 Westwood Center Dr. #255 Disputed     ATTN BANKRUPTCIES                7025 Bryant Town Ct.   (Non Creditor
Vienna, VA 22182-2287                      PO BOX 6550                      Alexandria, VA 22306-1835  Disputed)
                                           GREENWOOD VILLAGE CO 80155-6550


Internal Revenue Service              JANET LOPEZ                           MRIS
P.O. Box 931000                       7518 FLIPPO DR                        9707 Key West Ave.
Louisville, KY 40293-1000             FREDERICKSBURG, VA 22408-0424         Rockville, MD 20850-4079


Office of the US Trustee              PEGGY STALLARD                        Rosenberg & Associates, LLC
701 East Broad St.                    10109 ELYS FORD RD                    4340 E. W. Hwy. #500   (Disputed
Ste. 4304                             FREDERICKSBURG, VA 22407-9652         Bethesda, MD 20814-4411  interested
Richmond, VA 23219-1885                                                                              party


Smith Frances Law / Jonathan Francis  Suzanne Wade Trustee                  VIRGINIA JARVIS
2525 Pointe Center Ct. #150 Disputed/ Ch. 13                                201 GREENTOWN RD
Dumfries, VA 22026-3294  Interested   P.O. Box 1780                         MOUNT AIRY, NC 27030-9230
                         Party, Non   Richmond, VA 23218-1780
                         creditor

Virginia Jarvis                       Darlene Denise Davis                  John P. Fitzgerald, III
201 Greentown Rd.                     5910 Chadwick Court                   Office of the US Trustee - Region 4 -R
Mt. Airy, NC 27030-9230               Fredericksburg, VA 22407-4368         701 E. Broad Street, Ste. 4304
                                                                            Richmond, VA 23219-1849
```

Certificate of Service

I certify that a true + correct copy of the motion for Continuance + Refusal for stay to Centennial Wright will be sent by regular mail postage prepaid to effected parties and to non creditors

Suzanne E. Wade
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226-3770

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

non creditor Fortune Investments Enterprises LLC @ 7025 Bryant farm ct Alexandria VA 22306 on this 28th day of Jan 2020 by /s/ Glen mail postage prepaid

Direct TV
Attn: Bankruptcies
P.O. box 6550
Greenwood Village, CO 80155-6550