# United States Bankruptcy Court
## Eastern District of Virginia
### Richmond Division

**In re:** Darlene Denise Davis

**Case Number** 19-36077-KLP

**Chapter** 13

**Debtor(s)**

## ORDER SETTING HEARING

**TO:** **Debtor(s)**  Darlene Denise Davis  5910 Chadwick Court  Fredericksburg, VA 22407

**Attorney for Debtor(s)**

**Trustee**  Suzanne E. Wade, Chapter 13 Trustee, 7202 Glen Forest Drive, Suite 202, Richmond, Virginia 23226

**United States Trustee**  701 E. Broad St., Suite 4304, Richmond, VA 23219

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case. Therefore, a hearing will be held:

*Date:* March 11, 2020
*Time:* 9:30 AM
*Location:* U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5100, Richmond, VA 23219

The debtor(s) shall appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies) and any other deficiency(ies) or certifications that accrue before the hearing:

Failure to timely file a chapter 13 plan

Failure to timely file Schedules A-H, Summary of Schedules and Statement of Financial Affairs

Failure to timely file Statement of Current Monthly Income

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE: **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ 95.00 is due and owing to the Clerk of Court, payable as follows:

☐ due and payable immediately.

☑ $ 95.00 on 03/18/2020 , $_____ on _____, and $_____ on _____.

Dated: February 7, 2020

**William C. Redden, Clerk**
**United States Bankruptcy Court**

**By:** /s/: N. Bullock
**Deputy Clerk**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: February 7, 2020

[osethrgln ver. 12/19]