United States
Bankruptcy Court
Richmond VA

Darlene J Davis

[FILED FEB 14 2020 CLERK U.S. BANKRUPTCY COURT RICHMOND DIVISION stamp]

19 36077

Additional Objection to order granting relief from stay And Notice of appeal

I, Darlene J Davis reject and object to the order entered on Feb 4th 2020 and signed by Judge Keith Phillips.

It falsely states that I received service and failed to file a timely response. I have repeatedly stated that as soon as I found out about the hearing I immediately filed a response. It was not until Feb 4th hearing that Mr. Mahmoud presented two pieces of mail that I saw and touched for the first time. I now believe this was a deliberate act against me because it appears to be serving a purpose to further the agenda of property theft. There would be no reason for me not to accept mail when I am the one that contacted my oponents. I am not a stranger to these people also.

Fortune Investments Enterprises has no rights to my property at 5910 Chadwick Ct, Fredericksburg VA 22407 as they are not creditors and there are no valid foreclosure sale. I owe no debt on my property and have no lease, nor contract with Fortune Investments Enterprises. The Property at TAX Map# 35J1-116 is mine and I am the homeowner.

The Bond was returned to me and the underlying UD was recalled. The case is further pending in the Supreme Court of VA.

The movant is not the owner of my property and this is a violation of State law. I am a victim of discrimination fraud and foreclosure fraud (as I've repeated (involved) & shown evidence of for years). I ask for all to cease & desist property theft attempts.

Feb 12, 2020

Darlyssa_ Pavise
5910 Chadwick Ct
Fredericksburg, VA 22407

19360 77

## Certificate of Service

I certify that a true & correct copy of this additional objection to order dated Feb 4, 2020 granting relief (to non creditor) of stay & notice of appeal & designation of items was sent on this 12th Day of February 2020 to McFortune Investments ENTPRISES attorny: Mahmood.
14631 Lee Hwy Suite 112
Centerville, VA 20121

US Bankruptcy Court
Richmond VA

Darlene Davis

19-36077

Designation of items
on Appeal
Regarding objection to order granting
relief from stay entered on Feb 4, 2020

I designate all docket entries (printable)
1, 3, 4, 5, 6 - 90 + all docket entries
all docket entries entered through Feb 13th
2020.

Feb 12, 2020
Darley Davis
5910 Chadwick ct
Fredericksburg VA
22407

Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court

_Eastern_ District of _Virginia_

In re
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Darlene Davis

Debtor

Address  5910 Chadwick ct
~~Fredericksburg VA 22407~~

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): _____

Employer's Tax Identification (EIN) No(s).(if any): __8217__

Case No. 1936077

Chapter 13

**NOTICE OF [MOTION TO ] [OBJECTION TO ]**

_additional notice of Appeal_

_Appellant_ has filed papers with the court to [relief sought in motion or objection] _Objection to order entered Feb 4 Granting Motion for Relief from stay to/by Creditor Fortune Equipment Enterprises_

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before _(date)_, you or your attorney must:

[File with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:

{address of the bankruptcy clerk's office}

701 East Broad St
Richmond VA 23219

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]

Darlene V Davis Pro Se
5910 Chadwick ct
Fredericksburg VA 22407

[Attend the hearing scheduled to be held on _(date)_, _(year)_, at _____ a.m./p.m. in Courtroom _____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _Feb 12, 2020_            Signature: _Darlene Davis_
                                 Name: _Darlene Davis_
                                 Address: _5910 Chadwick ct_