In the US Bankruptcy Court

Darlene Davis                                    19-36077

FILED
2020 MAR 11 PM 2:02
U.S. BANKRUPTCY COURT
RICHMOND DIVISION

Objection and Motion to Reconsider Dismissal

I, Darlene Davis file this motion to reconsider dismissal and request that that dismissal & reconsideration request be heard by a non biased judge. I believe based on actions/treatment and errors that I am being treated with unfounded contempt by the Judge (Judge Phillips) (Systemic) I've encountered and I believe this is because I have been in employment discrimination case and because I have been subjected to fraud against me in foreclosure matters that are not legal and have been subjected to fraud against me in my chapt 13 cases by my creditors, also, why are we discussing schedules again, that ↓

March 11, 2020    Respectfully Submitted

Dereon I have already appealed and so why are you saying you're dismissing it now?

The matter of schedules I'd already appealed and asked for reconsideration and you had denied. I did not ask for another reconsideration of the same matter. So has someone tampered with something? I did file motion to Reconsider and then an appeal.

So today, the discussion was supposed to be the matter of my objection to claim that I'd filed. did not have the notice cover sheet. So did you the decision is in error. One reason why I forgot the notice cover is because I'm being bombarded and have been for many years by non creditors filing in my cases. and I've been injured by all of this and am exhausted with no help. I have corrected the notice coversheet, but keep in mind that LVNV Resurgent Capital did not even send me a claim. If I had not looked in system myself here I would not have seen that, Joan May Anderson financial did not mention anything/claim either. also, I'd already told LVNV Resurgent a zero balance and that I do not waive my right to statute of limitations last year (2019)

but I already knew of our agreement of 150.00 to pay.

So, since I never received notice, why is my case being dismissed today? Again, we already had the hearing on the Schedules and you Denied but that is on appeal (unless tampered).

So Dismissal today is in error and I object to it, especially considering the non creditor LVNV did not even (+ Resurgent Capital) notice me. None of my true creditors are pushy me out of cases, so what is the matter? What is going on? Am I the only one concerned about my true creditors.

Fortune Investments Enterprises did not pay me for my zero (negative) balance home and additionally are not creditors. They are not valid so their motion for relief, will they are relieved to leave me alone as they have no right to my home. They are strictly going by erroneous orders and my being in hospital on 1st hearing day when I'd already asked to reschedule hearing due to death in family. I rely upon this paper and the facts of this matter.

Respectfully submitted,

## Certificate of Service

I certify that a true & correct copy of this objection & motion to reconsider Dismissal will be mailed to parties of record (affected) on attached list

*[signature]*

# VIRGINIA LAND RECORD COVER SHEET
Commonwealth of Virginia  VA. CODE §§ 17.1-223, -227.1, -249

## FORM A – COVER SHEET CONTENT

Instrument Date: **3/4/2020**

Instrument Type: **DH**

Number of Parcels: **0**  Number of Pages: **1**

[ ] City  [X] County  **SPOTSYLVANIA**
CIRCUIT COURT

Tax Exempt?  VIRGINIA/FEDERAL CODE SECTION

[ ] Grantor: ............

[ ] Grantee: ............

Business/Name

**1**  Grantor: **DAVIS, DARLENE J**

........  Grantor: ............

**1**  Grantee: **DAVIS, DARLENE J**

........  Grantee: ............

Grantee Address

Name: **DARLENE J DAVIS**

Address: **5910 CHADWICK COURT**

City: **FREDERICKSBURG**  State: **VA**  Zip Code: **22407**

Consideration: **$0.00**  Existing Debt: **$0.00**  Actual Value/Assumed: **$0.00**

*PRIOR INSTRUMENT UNDER § 58.1-803(D):*

Original Principal: **$0.00**  Fair Market Value Increase: **$0.00**

Original Book No.: ............  Original Page No.: ............  Original Instrument No.: ............

Prior Recording At: [ ] City  [ ] County ............  Percentage In This Jurisdiction: ............

Book Number: ............  Page Number: ............  Instrument Number: ............

Parcel Identification Number/Tax Map Number: ............

Short Property Description: ............

Current Property Address: ............

City: ............  State: ............  Zip Code: ............

Instrument Prepared By: **DARLENE J DAVIS**  Recording Paid By: **DARLENE J DAVIS**

Recording Returned To: **DARLENE J DAVIS**

Address: **5910 CHADWICK CT**

City: **FREDERICKSBURG**  State: **VA**  Zip Code: **22407**

---

Right-side box:

FILED
SPOTSYLVANIA COUNTY, VA
CHRISTALYN M. JETT
CLERK OF CIRCUIT COURT

FILED AT  Mar 05, 2020  08:00 am

INST. #  200004478

TOTAL PAGES  0002

SAS

*(Area Above Reserved For Deed Stamp Only)*

Handwritten annotation at top: "Exhibit and reclory Homestead exemption"



FORM CC-1570 (MASTER, PAGE ONE OF ONE) 10/19
© Copyright 2014 Office of the Executive Secretary, Supreme Court of Virginia. All rights reserved.

Cover Sheet A

# HOMESTEAD DEED FOR PERSONAL PROPERTY
## VIRGINIA CODE 34-4

NAME OF HOUSEHOLDER : ___Darlene J. Davis___

IS THE HOUSEHOLDER A DISABLED VETERAN ENTITLED TO CLAIM THE ADDITIONAL

EXEMPTION UNDER 34-4.1    NO ✓   YES___

ADDRESS OF HOUSEHOLDER: 5910 CHADWICK CT FREDERICKSBURG, VA 22407

NAME (S) AND AGE (S) OF DEPENDANTS (S) _____

DESCRIPTION OF PROPERTY CLAIMED EXEMPT _single family Home 5910 chadwick ct Fredericksburg VA 22407  35J1-116_

VALUE OF THE PROPERTY DESCRIBED ABOVE: APPROXIMATELY 190,000._____

Number of Homestead DEEDS THAT HAVE BEEN FILED BY THE HOUSEHOLDER  1

EXEMPTION AMOUNT PREVIOUSLY CLAIMED ON PRIOR HOMESTEAD DEEDS

LIST THE JURISDICTIONS WHERE WHERE PREVIOUS HOMESTEAD DEEDS WERE FILED  0

I, SWEAR (or affirm) under penalty of Perjury, that the above is true and correct,

State of __Virginia__

_[signature]_
HOUSEHOLDER SIGNATURE

City/County of __Spotsylvania__  ; to- Wit

SWORN AND SUBSCRIBED To BEFORE ME ON THIS __March 4, 2020__
DATE

_[signature]_

My Commission expires __August 31, 2022__
DATE

__7035183__
VIRGINIA REGISTRATION NO.

INSTRUMENT # 200004478
RECORDED IN CLERK'S OFFICE OF SPOTSYLVANIA ON
Mar 06, 2020 AT 08:00 am
CHRISTALYN M. JETT by SAS

Charles Joseph Gray
Commonwealth of Virginia
Notary Public
Commission No. 7035183
My Commission Expires 8/31/2022

Resent again on September 17, 2019 to SLS in *Computershare*/
Littleton Co. Tracking #_____

Darlene J. Davis
5910 Chadwick Court
Fredericksburg, VA 22407
540-273-1958

Date September 9, 2019

★ To: Computershare Holdings - Doing business as Specialized Loan Servicing LLC, 8742 Lucent Boulevard, Suite 300, Highland Ranch CO 80129 and SLS 300 *Dallas Parkway* c/o SLS. and US Bank care of SLS and SLS, P.O. Box 636005 Littleton Co 80163-6005

Re: My Property at 5910 Chadwick Court, Fredericksburg, VA 22407 and your mortgage and foreclosure fraud against me, Darlene J. Davis and "Loan" # 1012246866 — SLS — a loan I never took out nor agreed to and no loan was given, no loan was there, TRUTH IN LENDING TILA RECISSION LETTER
There was no remortgage and no remortgage of a zero balance.

See: Jesinoski-v-Countrywide-Home-Loans.

Attn: Legal Dept, Executive Dept, Fraud Dept at SLS.
Dear Sirs/Computer Share Holdings and all involved mentioned in this letter.

Let me be clear, this letter does not admit that I ever took out a mortgage with Wells Fargo, as I never did. And I never remortgaged with Americas Servicing Company, SLS/SLS 500, JP Morgan Chase nor Bony Mellon, nor the Trust referred to herewith. However, in an abundance of caution and since you have created a fraudulent mortgage and one I never signed nor agreed to, nor borrowed for, I state the following:

Wells Fargo created a mortgage and mortgage account number approximately September 17th, 2016 and has admitted to the CFPB that they created a mortgage on October 3rd 2016. Wells Fargo, as attorney-in-fact claimed to be transferring beneficial interest of EMC to Bank of New York Mellon FKA the Bank of New York Successor in Interest to JP Morgan Chase for structured Asset Investments Bear Sterns Alt A pass through Certificates 2005, 3. Let it be known also that JP Morgan Chase was not original creditor, nor Trustee either and so this Trust is not connected to my property. it also closed about 2006 when you were illegally assigning ti in 2012 behind my back while I was in Chapter 13 (under fraud against me). You did not stop the deception, as you transferred supposed servicing rights to Specialized Loan Servicing ( who I also have no contract with, as they broke the law, along with you to solicit from me after 2016 chapter 13 discharge and I timely disputed the debt). No loan with any of you has ever been Consummated within the appropriate legal definition of consummation. And I never borrowed from you. In fact, I am still being subjected to fraud. The latest is a 67,000 plus withdrawal of a claim from SLS in case 1735566 and a plan and petition that I never signed nor agreed to as it was confirmed. Just like all of the secretive aspects of case 10 38727, such as the fact that (chapt 13 created) SLS should not have even been in that Chapter 13 case and I never had a third mortgage with Chase (Back Bowl) and Resurgent Capital should not have been lurking about in my chapter 13

*They should never have been lurking behind my back!*

1-3

either. And I never had a mortgage with US bank ( order determining validity of lien strip) , . So I am uncovering the fraud of the first chapter 13, as well. Therefore this letter also serves as notice to Specialized Loan Servicing LLC 8720 Lucent Blvd Suite 300 Colorado 80129 (and the supposed SLS 500 out of Texas and US bank c/o sls) and to Bony Mellon/JP Morgan Chase/Bear Stems/Emc 101 Barclays st. 7 East New York NY 10286

## UNDERSTAND THAT THIS NOTICE CONSTITUTES THE EXERCISE OF MY RIGHT TO RECISSION UNDER 15 US. CODE 1635 AND THIS CLAIMED LOAN (s) AND LOAN NUMBERS IS/ARE RESCINDED.

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO ALL AGENTS

Wells Fargo, America's Servicing Company, Bony Mellon JP Morgan Chase Trustee (and Specialized Loan Servicing LLC ( SLS 500-- debt collector servicer # (1012246866) current claimed position as the creditor to this loan is governed under 15 U.S. Code 1635 and is governed as well by the United States Supreme Court in Jesinoski v. Countrywide. The mortgage that you, Wells Fargo, fraudulently created from a zero balance in 2016 ( and actually I was and am owed monies back) and that Bony Mellon JP Morgan and or ( SLS) claims to own and EMC is rescinded by this notice and now Wells Fargo, America's Servicing Company, JP Morgan Chase and Bank Of New York Mellon, SLS has an obligation to act appropriately.

All money paid by me including the monies I sent/paid to Americas Servicing Company from 2006-2016 and in the Chapter 13 case 10-39727 and also the money that I sent from September 2016 to April 2017 to SLS ( due to the fact that America's Servicing Company solicited for me to send SLS money as I objected heavily to the transfer but sent due to duress and veiled threats by phone, etc- even as I timely disputed the validity of the debt despite the horrible trickery. I had objected to the transfer due to many reasons including fraud/ Independent foreclosure review letter from OCC stating that I could sue you for fraud, and despite the violations by you and Specialized Loan Servicing LLC of the FDCPA, the FCRA, the bankruptcy injunction of 2016, TILA, Predatory servicing and other consumer laws.) solicited by SLS with your participation from September 2016 to April 2017 be returned to me per applicable law.

I suggest that you contact all involved, including Fortune Investments Enterprises LLC of Alexandria VA and let them know to CEASE and DESIST and Rescind the invalid, fraudulent foreclosure auction and Property/ Deed Theft of 5910 Chadwick Court Fredericksburg, VA 22407. It is absolutely deplorable that you, after many years of deceit and fraud, led me to send money to SLS as I kept telling you that I do not agree to transfer due to the fact that I had been subjected to mortgage fraud and was still uncovering things and learning things about it. I made this crystal clear to you, SLS, Wells Fargo, America's Servicing Company and Sam White and Bony Mellon Jp Morgan . Emc and others. You proceeded with your agenda to my great harm and have added three more years to my suffering and abuse.

Let me also be clear, I never (in case 10-38727) admitted anything the Bony Mellon JP Morgan

Darlene J. Davis
5910 Chadwick Court
Fredericksburg, VA 22407
540-273-1958

Post Office Tracking Number 7018 3090 0001 00 767515

Date August 18th 2019
August Nineteenth 2019

To:  Wells Fargo Home Mortgage "Loan" number: 0534429584 (created in 2016 illegally)
America's Servicing Company "Loan" number: 1218086788 (illegal, billed monthly for over a decade),
1 Home Campus DES Moines, IA 50328

Re: My Property at 5910 Chadwick Court, Fredericksburg, VA 22407
and your mortgage and foreclosure fraud against me, Darlene J. Davis

### TRUTH IN LENDING TILA RECISSION LETTER

See: Jesinoski-v-Countrywide-Home-Loans.

Attn: Wells Fargo and America's Servicing Company Legal Dept/Executive Department, CED

Dear Mr. Parker, or CEO + Legal.
Let me be clear, this letter does not admit that I ever took out a mortgage with Wells Fargo, as I never did. And I never remortgaged with Americas Servicing Company, SLS/SLS 500, JP Morgan Chase nor Bony Mellon, nor the Trust referred to herewith. However, in an abundance of caution and since you have created a fraudulent mortgage and one I never signed nor agreed to, nor borrowed for, I state the following:
Wells Fargo created a mortgage and mortgage account number approximately September 17th, 2016 and has admitted to the CFPB that they created a mortgage on October 3rd 2016. Wells Fargo, ,as attorney- in- fact claimed to be transferring beneficial interest of EMC to Bank of New York Mellon FKA the Bank of New York Successor in Interest to JP Morgan Chase for structured Asset Investments Bear Sterns Alt A pass through Certificates 2005, 3. Let it be known also that JP Morgan Chase was not original creditor, nor Trustee either and so this Trust is not connected to my property. it also closed about 2006 when you were illegally assigning ti in 2012 behind my back while I was in Chapter 13 (under fraud against me). You did not stop the deception, as you transferred supposed servicing rights to Specialized Loan Servicing ( who I also have no contract with, as they broke the law, along with you to solicit from me after 2016 chapter 13 discharge and I timely disputed the debt). No loan with any of you has ever been Consummated within the appropriate legal definition of consummation. And I never borrowed from you. In fact, I am still being subjected to fraud. The latest is a 67,000 plus withdrawal of a claim from SLS in case 1735566 and a plan and petition that I never signed nor agreed to as it was confirmed. Just like all of the secretive aspects of case 10 38727, such as the fact that SLS should not have even been in that Chapter 13 case and I never had a third mortgage with Chase (Back Bowl) and Resurgent Capital should not have been lurking about in my chapter 13

1-3

either. And I never had a mortgage with US bank ( order determining validity of lien strip) . . So I am uncovering the fraud of the first chapter 13, as well. Therefore this letter also serves as notice to Specialized Loan Servicing LLC 8720 Lucent Blvd Suite 300 Colorado 80129 (and the supposed SLS 500 out of Texas and US bank c/o sls) and to Bony Mellon/JP Morgan Chase/Bear Sterns/Emc 101 Barclays st. 7 East New York NY 10286

**UNDERSTAND THAT THIS NOTICE CONSTITUTES THE EXERCISE OF MY RIGHT TO RECISSION UNDER 15 US. CODE 1635 AND THIS CLAIMED LOAN (s) AND LOAN NUMBERS IS/ARE RESCINDED.**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO ALL AGENTS**

Wells Fargo, America's Servicing Company, Bony Mellon JP Morgan Chase Trustee (and Specialized Loan Servicing LLC ( SLS 500-- debt collector servicer # (10122?866) current claimed position as the creditor to this loan is governed under 15 U.S. Code 1635 and is governed as well by the United States Supreme Court in Jesinoski v. Countrywide. The mortgage that you, Wells Fargo, fraudulently created from a zero balance in 2016 ( and actually I was and am owed monies back) and that Bony Mellon JP Morgan and or ( SLS) claims to own is rescinded by this notice and now Wells Fargo, America's Servicing Company, JP Morgan Chase and Bank Of New York Mellon, SLS has an obligation to act appropriately.

All money paid by me including the monies I sent/paid to Americas Servicing Company from 2006-2016 and in the Chapter 13 case 10-38727 and also the money that I sent from September 2016 to April 2017 to SLS ( due to the fact that America's Servicing Company solicited for me to send SLS money as I objected heavily to the transfer but sent due to duress and veld threats by phone, etc- even as I timely disputed the validity of the debt despite the horrible trickery. I had objected to the transfer due to many reasons including fraud/ Independent foreclosure review letter from OCC stating that I could sue you for fraud, and despite the violations by you and Specialized Loan Servicing LLC of the FDCPA, the FCRA, the bankruptcy Injunction of 2016, TILA, Predatory servicing and other consumer laws.) solicited by SLS with your participation from September 2016 to April 2017 be returned to me per applicable law.

I suggest that you contact all involved, including Fortune Investments Enterprises LLC of Alexandria VA and let them know to CEASE and DESIST and Rescind the invalid, fraudulent foreclosure auction and Property/ Deed Theft of 5910 Chadwick Court Fredericksburg, VA 22407. It is absolutely deplorable that you, after many years of deceit and fraud, led me to send money to SLS as I kept telling you that I do not agree to transfer due to the fact that I had been subjected to mortgage fraud and was still uncovering things and learning things about it. I made this crystal clear to you, SLS, Wells Fargo, America's Servicing Company and Sam White and Bony Mellon Jp Morgan . Emc and others. You proceeded with your agenda to my great harm. and have added three more years to my suffering and abuse.

Let me also be clear, I never (in case 10-38727) admitted anything the Bony Mellon JP Morgan

Chase when they came up at the end of the case. there is fraud against me in that case and you and SLS, BONY JP Morgan continued when you started soliciting after discharge. I was only basing what I said on the fact that I was paying ASC and was never told about the fraud and the OCC letter of fraud got played down, with Wells Fargo not admitting anything and my having to try to figure things out ( learning and eventually knowing about the dual tracking and misappropriation of monies, but not by any stretch of the imagination knowing how competently illegal America's servicing company was and not knowing the nature of all of the fraud.) , So I was speaking to ASC, not Bony Mellon. And as you know, ASC is who I sent the money orders and certified checks to, not Bony Mellon. I never agreed to uphold fraud against me and the minute I learned more about it, I filled complaints with e CFPB and wrote to Sam White and Bony Mellon, who never answered my letters or fax, which let me know what I had come to learn and that is that they were not Holder in Due Course. I also went through my file and saw that there was no chain of title ( along with a title search ) that made any of you legitimate and Id received paid off statement in 2006 from Waterfield Mortgage company. EMC was illegal. So I have been defrauded for 13 years and counting. I request that you contact the invalid buyer: Fortune Investments Enterprises LLC, Alexandria VA and let him know that what I said at the Auction is true. I showed evidence that I have no mortgage and a zero balance. He must have been a part of this, in my view, because he cares nothing of the fact that I have told him that he has bought nothing. there was no sale as there was no monies backing the auction and the horrific Commonwealth trustees LLC and Rosenberg And Associates had no authority under which to stand on the steps and conduct the fraudulent auction, which was illegal. please note also , dispute i Identity Fraud and illegal injecting of debt in credit report, it has been investigated and admitted that I have no montage balance and that has been investigated since early 2017 and so there is no foreclosure that actually took place, only apparent insiders tampering again with records. As you can not sell someone's home who owes nothing. Please note that if anyone states that I gave them trustee rights or trust rights over my assets they are committing a fraud against me and that is a fact. i never agreed at that anyone could steal or give away my assets s, nor have I ever state that I am insolvent, as I am not. dont be fooled by the case 735566. That is a case where I was under serious deception and never signed the plan nor the petition that got confirmed, nor gave anyone permission to sign on my behalf. I only agreed to pay the trustee monies out of the 300.00 plus dollars that I paid into the plan, never agreed to pay non creditors (SLS Bony, Sam White) nor to remortgage, nor to remortgage a zero balance.. the REP case in the District is also null and void, as I never signed agreeing to participate outside of jurisdiction. this also serves again as notice to all bankers, servicers, investors, etc, mentioned here in this letter and to everyone to **CEASE and DESIST** all claims against my property at 5910 Chadwick Court 22407 forever. All were warned of fraud and most mentioned participated in it, so no one and no company here is a holder in due course and no loan is there anyway.

Sincerely,

*[signature]*

Darlene J. Davis

CC: Specialized Loan Servicing LLC, 8742 Lucent BLVD Suite 300. Highlands Ranch CO 80129
& Bank of New York Mellon/ JP Morgan-EMC 101 Barclay St, 7 East New York NY 10286 c/o SLS

Label Matrix for local noticing
0422-3
Case 19-36077-KLP
Eastern District of Virginia
Richmond
Wed Dec 18 12:11:19 EST 2019

Fortune Investments Enterprises
7025 Bryant Towne Ct.
Alexandria, VA 22306-1835

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

Anderson Financial Services, LLC
5302 Jefferson Davis Hwy.
Fredericksburg, VA 22408-2608

Beverly and Bucker
2215 Jefferson Davis Hwy
Fredericksburg, VA 22401-2186

CHARLES JERRY JARVIS
122 WAGON WHEEL RD
WYTHEVILLE, VA 24382-5735

 LLC
#255

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

 LLC

Internal Revenue Service
P.O. Box 931000
Louisville, KY 40293-1000

JANET LOPEZ
7518 FLIPPO DR
FREDERICKSBURG, VA 22408-0424

MRIS
9707 Key West Ave.
Rockville, MD 20850-4079

Office of the US Trustee
701 East Broad St.
Ste. 4304
Richmond, VA 23219-1885

PEGGY STALLARD
10109 ELYS FORD RD
FREDERICKSBURG, VA 22407-9652

Associates, LLC

Smith Frances Ley / Jonathan Francis
2525 Pointe Center Ct. #150
Dumfries, VA 22026-2280

Suzanne Wade Trustee
Ch. 13
P.O. Box 1780
Richmond, VA 23218-1780

VIRGINIA JARVIS
201 GREENTOWN RD
MOUNT AIRY, NC 27030-9230

Virginia Jarvis
201 Greentown Rd.
Mt. Airy, NC 27030-9230

Darlene Denise Davis
5910 Chadwick Court
Fredericksburg, VA 22407-4368

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

Suzanne E. Wade
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226-3770

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
Attn: Bankruptcies
P.O. box 6550
Greenwood Village, CO 80155-6550

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_Richmond_ Division

In re: Darlene J Davis

Case No. 19-36077

Chapter 13

Debtor(s)

Plaintiff(s)

v.

Adversary Proceeding No.

Defendant(s)

CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: Objection + motion of Reenider Dismissal
Date Document Filed:
Docket Entry No.

I declare under penalty of perjury that (Check one box):
☒ No attorney has prepared or assisted in the preparation of this document.
☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

_Darlene J Davis_ _____
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

_[signature]_ _____
Signature of Pro Se Party    Signature of Pro Se Party

Executed on: _March 11, 2020_ (Date)

[2090edva ver. 09/17]

B420A (Official Form 420A) (Notice of Motion or Objection) (12/16)                    EDVA (12/16)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond <Division> Division

In re: Darlene Davis

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Case No. 1936077

Chapter 13

Debtor

Address 5915 Cherwell ct
Fredericksburg VA 22407

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): _____

Employer's Tax Identification (EIN) No(s).(if any): _____

Objection to Dismissal of case & motion to reconsider

**NOTICE OF MOTION (OR OBJECTION)**

_____ has filed papers with the court to March 11 2020

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before 2 days ~~March 11~~, you or your attorney must:

☐  File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 East Broad St
Richmond VA 23219

2

You must also send a copy to: ~~unless~~ *requested or needed*

*I waive the hearing* ~~unless~~

☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐ Attend the hearing on the motion (or objection) scheduled to be held on *TBD* _____ at _____ a.m. at United States Bankruptcy Court, *Rm 1100*
*no answer yet*   *701 East Broad St, Richmond VA 23219*

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: *March 11, 2020*

Signature, name, address and telephone number of person giving notice:

_____
_____
_____

Virginia State Bar No. _____
Counsel for _____

Certificate of Service

I hereby certify that I ~~have~~ *mail* this *11th* day of *March*, 20 *20*, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list *(affected parties)*

_____