In Bankruptcy Court
of Eastern District of VA
0 Richmond.

Darlene Davis
Darlene Janice Davis
Ingenuity Publishing
Darlene Denice Janice Davis

[STAMP: RICHMOND DIVISION — FILED AUG 23 2021 — CLERK U.S. BANKRUPTCY COURT]

19 36077
1735566

To The Clerk of Court.   Case Worker: Susan
                                       Ramirez Lowe

Please add Stonemill HOA to the list of creditors in this action. I have notified them numerous times that I have been in open Chapter 13 cases with some still pending. But they do not acknowledge so I am adding them so they understand (apparent color of law, breaking & entering, self help eviction at 510 Chadwick ct) physically I do not have the ability to come all the way to richmond right now to upload one creditor so I am writing to ask & request that the case manager to type in the addition of Stonemill HOA to the list of creditors.

Since case 1735566 is pending on Appeal in the 4th circuit, please add Stonemill HOA to case 1735566 (title too) as well. The property management company is first Service Residential, they work for Stonemill HOA.

                                    Thank you
copy sent                           Darlene J Davis Pro Se
to Suzanne                          owner of 510 Chadwick ct
Wade + Rules Tucker 540 273 9158    Fredericksburg VA 22407
1st class mail

In case
36077
or
1735566

## Certificate of Service

I certify that a copy of this addition ~~was sent to~~ of creditor was sent to Suzanne Wade, Chapter 13 trustee and Trustee Carl Bates and Stonemill HOA 100 Overlwood Court, Fredericksburg VA 22407

Suzanne Wade, Trustee: 7202 Glen Forest Dr Ste 202 Richmond VA 23226

Trustee Bates @ P.O. Box 1819 Richmond, VA 23218

and Stonemill HOA C/o First Service Residential 923 Maple Grove DRWG Suite 101 Fredericksburg VA 22407    August 19, 2021

First Class mail postage prepaid